

The relief described hereinbelow is SO ORDERED.

Signed August 24, 2017.

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

In Re:  
TIMOTHY DAVID HEINZE  
CATHERINE MARIE HEINZE  

Chapter 13

Case No. 17-60506-RBK

Debtors

---

ORDER DENYING CONFIRMATION OF DEBTORS' PLAN

---

Came on to be heard on this 23rd day of August, 2017, in Waco, TX the Confirmation Hearing for the above referenced case, at which, Ray Hendren, Trustee, appeared in person and the Debtors appeared by and through their attorney of record.

THE COURT FINDS THAT THE DEBTORS SHALL HAVE 14 DAYS FROM THE DATE OF THIS HEARING TO FILE AN AMENDED CHAPTER 13 PLAN OR DISMISS OR CONVERT TO A CHAPTER 7 OR THE CASE MAY BE DISMISSED WITHOUT NEED FOR A FURTHER HEARING UPON THE TRUSTEE'S SUBMISSION OF AN ORDER FOR CASE SUMMARY DISMISSAL.  IT IS THEREFORE ORDERED, ADJUDGED and DECREED THAT CONFIRMATION OF THE PLAN IS DENIED WITHOUT PREJUDICE.

###

Prepared and Submitted by  
G. Ray Hendren, Chapter 13 Trustee  
3410 Far West Blvd  
Suite 200  
Austin, TX  78731  
(512) 474-6309