The relief described hereinbelow is SO ORDERED.

Signed May 04, 2018.



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-60506-RBK |
| TIMOTHY DAVID HEINZE | § | |
| CATHERINE MARIE HEINZE | § | |
| DEBTORS | § | CHAPTER 13 |

**AGREED ORDER RETAINING CASE**

Came to be considered 4/25/18 the Trustee's Motion to Dismiss Case. The debtors and the Trustee have agreed that the case shall be retained conditioned upon the debtors' compliance with the terms set forth in the Agreed Order Regarding Debtors' Motion to Modify Chapter 13 Plan After Confirmation entered 5/4/18 as Doc#65.

The Court accepts this agreement. **IT IS HEREBY ORDERED t**hat this case is retained subject to the debtors' compliance with the terms set forth in the Agreed Order Regarding Debtors' Motion to Modify Chapter 13 Plan After Confirmation entered 5/4/18 as Doc#65.

###

AGREED:

/s/ Ray Hendren, Trustee  /s/ Tyler S. Sims, Sims Law PLLC
3410 Far West Blvd. #200  Counsel for the debtors SBOT #24088418
Austin, TX 78731  7215 Bosque Blvd, Suite 101
Phone 512-474-6309  Waco, TX 76710
 Phone 254-304-7161

Order prepared and submitted by Ray Hendren, Trustee